*Clarence S. Zipp* and *E. C. Sherwood* for James Butler, Inc., appellant.

*Lillian Herbert Andrews* and *John H. Rogan* for Mark Lawless, appellant.

*Alfred M. Bailey* and *Nathan Frankel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

PHILIPPINE NATIONAL BANK, Respondent, *v.* BOWRING & COMPANY, Appellant.

*Bills, notes and checks — action to recover amount paid under commercial letter of credit.*

*Philippine Nat. Bank v. Bowring & Co.*, 213 App. Div. 809, affirmed. (Argued May 8, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 14, 1925, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover $90,000 and interest, the amount alleged to have been paid by the plaintiff to one Umberto. De Poli in Manila, Philippine Islands, under a commercial letter of credit issued by plaintiff upon the application of defendant. The defendant resisted such claim upon the ground that the plaintiff did not comply with the terms of the credit and further that under the circumstances of the admixture by plaintiff of transactions alleged to be for defendant's account with transactions for the plaintiff's individual account, the defendant should not be held responsible for transactions not shown specifically to have been for its account.

*Frederick B. Campbell* and *Paul C. Whipp* for appellant.

*John T. Loughran, James A. Delehanty* and *John W. Hannon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.